**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

WILLIAM KEY,
        Plaintiff,

v.                                                   No. 2:17-cv-1171-RB-KRS

BUTCH'S RAT HOLE & ANCHOR
SERVICE, INC.,
        Defendant.

## ORDER ADOPTING JOINT STATUS REPORT AND PROVISIONAL DISCOVERY PLAN

At the Rule 16 scheduling conference held on March 6, 2018, the Court reviewed the parties' Joint Amended Status Report and Provisional Discovery Plan (Doc. 16), filed March 5, 2018, and adopted it as modified by the dates provided in the Court's Class Certification Scheduling Order filed concurrently with this Order.

**IT IS SO ORDERED**.

                                                                _____
                                                                **KEVIN R. SWEAZEA
                                                                UNITED STATES MAGISTRATE JUDGE**