IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

WILLIAM KEY,

        Plaintiff,                         Case No. 2:17-cv-01171 RB-KRS

vs.

BUTCH'S RAT HOLE & ANCHOR
SERVICE, INC.,

        Defendant.

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE MOTION TO COMPEL**

THIS MATTER comes before the Court on Defendant Butch's Rat Hole & Anchor Service, Inc.'s unopposed Motion for Extension of Time to File Motion to Compel (Doc. 34). The Court, having reviewed the motion and being otherwise fully advised in the premises, FINDS the motion well taken.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the time for Defendant to move to compel Plaintiff to respond to Defendant's discovery requests is hereby extended until July 27, 2018.

                                                            _____
                                                            MAGISTRATE JUDGE KEVIN R. SWEAZEA