IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

WILLIAM KEY,

        Plaintiff,

vs.

BUTCH'S RAT HOLE & ANCHOR
SERVICE, INC.,

        Defendant.

Case No. 2:17-cv-01171 RB-KRS

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR
EXTENSION OF TIME TO COMPLETE SETTLEMENT**

This matter came before the Court on Defendant Butch's Rat Hole & Anchor Service, Inc.'s unopposed Motion for Extension of Time to Complete Settlement. The Court, having reviewed the motion and being otherwise fully advised in the premises, FINDS the motion well taken.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the time for the parties to file their preliminary approval of the settlement is hereby extended until **February 14, 2020**.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

Submitted by:

 *s/ Charlotte Lamont*
Charlotte Lamont
Yvette V. Gatling
Littler Mendelson, P.C.
Attorneys for Defendant


Agreed to:


 *s/ Approval given 12/ /2019*
J. Derek Braziel
Travis Gasper
Lee & Braziel, L.L.P.

Jack Siegel
Siegel Law Group, PLLC

Attorneys for Plaintiff