# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**WILLIAM KEY,**

    *Plaintiff*,

v.

**BUTCH'S RAT HOLE & ANCHOR SERVICE, INC.,**

    *Defendant*.

Civil Action No. 2:17-cv-1171-RB-KRS

**ORIGINAL CLASS ACTION COMPLAINT**

## ORDER GRANTING JOINT MOTION TO FILE UNDER SEAL

THIS MATTER comes before the Court on the parties' *Joint Motion to File Under Seal* (Doc. 75). The Court, having reviewed the Motion, being fully advised of the premises, and noting that it is a joint motion, finds that the Motion is well-taken and should be **GRANTED**.

**IT IS HEREBY ORDERED** that the parties may file Exhibit "A" attached Joint Motion to Approve Confidential Settlement Agreement under seal.

_____
UNITED STATES MAGISTRATE JUDGE